# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROCKWELL MEDICAL TECHNOLOGIES,
INC.,

    Plaintiff,

v.

Case No. 11-12027
Hon. Gerald E. Rosen

DI-CHEM CONCENTRATE, INC., DI-CHEM,
INC., DWAYNE BUCHHOLZ, and KEITH
BUCHHOLZ,

    Defendants.

_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on _____March 25, 2013_____

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

The Court having this day issued an opinion and order granting Defendants' motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE.


Dated:  March 25, 2013                s/Gerald E. Rosen_____
                                               Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2013, by electronic and/or ordinary mail.

                          s/Julie Owens_____
                          Case Manager, (313) 234-5135